# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC EUGENE GREEN, | Case No. 1:15-cv-01550 LJO DLB PC |
| Plaintiff, | ORDER DISMISSING ACTION AS DUPLICATIVE OF 1:15-cv-01548 DLB PC AND VACATING ORDER DIRECTING CDCR TO COLLECT PAYMENTS FOR FILING FEE |
| v. | |
| STUART SHERMAN, et al., | |
| Defendants. | [ECF No. 4] |

Plaintiff Cedric Eugene Green, a state prisoner proceeding pro se, filed this civil action on October 13, 2015.

It has come to the Court's attention that Plaintiff filed another civil rights complaint on the same date in case no. 1:15-cv-01548 DLB PC. The Court has reviewed the complaints in both cases, and the instant complaint is essentially duplicative of the first. Plaintiff may not pursue two actions based on the same claims against the same defendants. The instant case, having been filed after the first case, must be dismissed as duplicative. Under the circumstances, the Court will vacate the October 20, 2015, order requiring CDCR to collect payments for this action.

///

///

///

///

**ORDER**

    Accordingly, IT IS HEREBY ORDERED that this action is DISMISSED as duplicative and the order requiring CDCR to collect payments for this action is VACATED.

IT IS SO ORDERED.

    Dated:  **November 2, 2015**          **/s/ Lawrence J. O'Neill**
                                                                         UNITED STATES DISTRICT JUDGE