# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC EUGENE GREEN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STUART SHERMAN, et al.,<br><br>　　　　　Defendants. | Case No. 1:15-cv-01550 LJO DLB PC<br><br>ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO RECALL ORDER<br><br>[ECF No. 8] |

Plaintiff Cedric Eugene Green, a state prisoner proceeding pro se, filed this civil action on October 13, 2015.

On November 3, 2015, the Court dismissed the case as duplicative of Case no. 1:15-cv-01548 DLB PC. In addition, the Court vacated the October 20, 2015, order which required the CDCR to collect payments for this action.

On November 18, 2015, Plaintiff filed the instant motion to recall the order directing CDCR to collect payments of filing fees in Case No. 1:15-cv-01548-DLB. The Court has reviewed the docket in both cases. In this case (Case no. 1:15-cv-01550-LJO-DLB), the action was terminated and the order directing the CDCR to collect payments for the filing fee was vacated. Therefore, Plaintiff's motion as it concerns this case is moot.

In Case no. 1:15-cv-1548-DLB, Plaintiff's application to proceed in forma pauperis was granted on November 12, 2015. Pursuant to 28 U.S.C. § 1915(b)(1), Plaintiff is obligated to make

1

monthly payments in the amount of twenty percent of the preceding month's income credited to his trust account.  Therefore, Plaintiff's motion to recall the order directing CDCR to collect payments as it concerns Case no. 1:15-cv-1548-DLB must be denied.

Accordingly, Plaintiff's motion to recall the order directing CDCR to collect payments is DENIED.

IT IS SO ORDERED.

Dated:   **November 20, 2015**              /s/ *Dennis L. Beck*
                                        UNITED STATES MAGISTRATE JUDGE